IN THE COUNTY COURT IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO.

LYNDA CROSKEY,

    Plaintiff,

v.

STEPHENS & MICHAELS ASSOCIATES, INC.,

    Defendant.

_____/

## COMPLAINT

NOW COMES the Plaintiff, LYNDA CROSKEY, by and through her attorneys, WEISBERG & MEYERS, LLC, complaining against the Defendant, STEPHENS & MICHAELS ASSOCIATES, INC., and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. §1692.

### PARTIES

2. Plaintiff, LYNDA CROSKEY ("Plaintiff"), is an individual who was at all relevant times residing in the County of Orange, State of Florida.

3. At all relevant times herein, Defendant, STEPHENS & MICHAELS ASSOCIATES, INC, ("Defendant") or ("SMA") acted as a debt collector within the meaning of 15 U.S.C. §1692a(6) in that it held itself out to be a company collecting a debt allegedly owed by the Plaintiff.

4. Defendant is a corporation that is authorized to do business in Orange County, Florida.

## JURISDICTION

5. This is an action seeking damages in excess of $5,000.00, but not to exceed $15,000.00, inclusive of attorneys' fees and court costs.

## FACTUAL ALLEGATIONS

6. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

7. Defendant is a debt collector that has made at least one attempt to collect an alleged debt from the Plaintiff.

8. Defendant regularly collects debts from consumers such as the Plaintiff.

9. On at least one occasion in the past year, Defendant's employees and agents made a telephone call to Plaintiff in at attempt to collect the aforementioned alleged debt.

10. On at least one (1) occasion in the past year, Defendant left a voicemail for Plaintiff without disclosing that the communication was from a debt collector

## COUNT I
## VIOLATIONS OF THE FDCPA v. SMA

11. Plaintiff re-alleges and incorporates by reference as though fully set forth herein, paragraphs 1-10 of this complaint.

12. Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 in one or more of the following ways:

  a. Failing to notify Plaintiff during each collection contact that the communication was from a debt collector in violation of 15 U.S.C. §1692e(11); and

  b. Was otherwise deceptive and failed to comply with the Fair Debt Collection Practices Act.

WHEREFORE, Plaintiff, LYNDA CROSKEY, by and through her attorneys, respectfully prays for judgment as follows:

  a. All actual compensatory damages suffered;

  b. Statutory damages of $1,000.00;

  c. Plaintiff's attorneys' fees and costs;

  d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY***

ALEX D. WEISBERG
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 South Flamingo Road, Ste. 656
Cooper City, FL 33330

(954) 212-2184
(866) 577-0963 fax

By: _____
Alex D. Weisberg, Esq.
FBN: 0566551